## KILGALLEN *v.* STATE OF INDIANA.

[No. 23,821.   Filed November 18, 1921.   Rehearing denied December 6, 1922.]

From Marion Criminal Court (50,821); *James A. Collins,* Judge.

Prosecution by the State of Indiana against James L. Kilgallen. From a judgment of conviction, the defendant appeals. *Affirmed.*

*Henry N. Spaan, Walter Meyers* and *Shirley, Whitcomb & Dowden,* for appellant.

*Ele Stansbury* and *U. S. Lesh,* Attorneys-General, and *Remster A. Bingham, Frank S. Roby* and *D. F. Stansbury,* for the state.

WILLOUGHBY, J.—The questions presented by this appeal were considered and decided in *Kilgallen* v. *State* (1921), *ante* 531, 132 N. E. 682. On the authority of that case the judgment herein is affirmed.